# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146144(108)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 146144
COA: 303683
Macomb CC: 2010-003875-FC

ROBERT EARL PARKS,
       Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's April 1, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



h0617

Clerk